IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>FGL HOLDINGS, CHINH E. CHU, WILLIAM P. FOLEY, II, CHRISTOPHER O. BLUNT, KEITH W. ABELL, PATRICK S. BAIRD, MENES O. CHEE, RICHARD N. MASSEY, JAMES A. QUELLA and TIMOTHY M. WALSH,<br><br>    Defendants. | Case No.  1:20-cv-03144-JSR |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Lin ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: May 21, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *James M. Wilson, Jr.*

Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
       jwilson@faruqilaw.com

*Counsel for Plaintiff*

SO ORDERED

/s/ [signature]
USDJ

5-22-20